IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ABE WILLIAMS,

        Plaintiff,                    No. CIV S-02-0864 MCE GGH P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

        Defendants.             <u>ORDER</u>

        Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. Plaintiff has requested that the court modify the May 23, 2005 scheduling order, re-setting, inter alia, the discovery cutoff date, to allow him additional time to conduct discovery. This action, proceeds on a second amended complaint, filed on April 18, 2005, which, by court permission, has resurrected two of the claims that had been dismissed since September 30, 2003. <u>See</u> <u>Order</u> filed on April 7, 2005. Plaintiff's request for an extension of time to conduct discovery as to these claims will be granted.

        Accordingly, IT IS ORDERED that:

        1. Plaintiff's May 31, 2005 request for an extension of time to conduct discovery is granted;

        2. The discovery deadline set in the May 23, 2005 scheduling order, setting the

1

1  cutoff at August 19, 2005, is vacated;

2              3.  Discovery may be conducted until September 19, 2005; and

3              4.  All other dates set in the May 23, 2005 scheduling order remain in effect.

4  DATED:   6/10/05

                                        /s/ Gregory G. Hollows

                                        _____
                                        GREGORY G. HOLLOWS
                                        UNITED STATES MAGISTRATE JUDGE

GGH:009
will0864.mod