IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ABE WILLIAMS JR.,** <br><br> Plaintiff, <br><br> v. <br><br> **GRAY DAVIS, et al.,** <br><br> Defendants. | No. CIV S-02-0864 MCE GGH P <br><br> **ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS** |

The Court, having considered Defendants' Alameida, Rianda, Davis, Carey, Crawford, Paynter, Carpenter, Camaren, Cervantes and Daly's first request for an extension of time to serve Defendants' responses to Plaintiff's discovery requests, and good cause having been found:

**IT IS HEREBY ORDERED**: Defendants shall be granted an extension of time, to and including August 31, 2005, to complete and serve Defendants' responses to Plaintiff's discovery requests. Discovery cutoff will be extended insofar as any motions may be addressed to the discovery at issue here.

DATED: 8/3/05

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

will0864.po.wpd

[Proposed] Order Granting Def's First EOT to Respond to P's Discovery Requests

1