IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ABE WILLIAMS,

    Plaintiff,                                No. CIV S-02-0864 MCE GGH P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.                     <u>ORDER</u>

_____/

        Plaintiff requests an extension of time to file a motion to compel discovery and an extension of time to file a pretrial motion (other than a motion to compel discovery) pursuant to the court's order of May 23, 2005, as modified by the orders filed on June 10, 2005 and on August 3, 2005. Good cause appearing, the requests will be granted. No further extensions of time will be granted.

        IT IS HEREBY ORDERED that:

        1. Plaintiff's September 13, 2005 request for an extension of time, until October 4, 2005, to file and serve a motion to compel discovery is granted;

        2. Plaintiff's September 13, 2005 request for an extension of time to file and serve a pretrial motion (other a motion to compel discovery), until October 31, 2005, is granted; and

\\\\\

1          3. No further extensions of time will be granted.

2  DATED:   9/22/05

3                                      /s/ Gregory G. Hollows

4                                      GREGORY G. HOLLOWS
                                      UNITED STATES MAGISTRATE JUDGE

GGH:009
will0864.36s