IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ABE WILLIAMS, JR.,

        Plaintiff,                      No. CIV S-02-0864 MCE GGH P

        vs.

ARNOLD SCHWARZENEGGER, et al.,

        Defendants.              <u>ORDER</u>

                                        /

        Plaintiff has requested an extension of time to file and serve a pretrial statement and motions to obtain witnesses for trial pursuant to the court's order of May 23, 2005. Defendants filed a motion for summary judgment on October 14, 2005. The undersigned will vacate the pretrial conference and trial dates set forth in the May 23, 2005 order, to be re-set, if appropriate, upon adjudication of the pending dispositive motion.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. The pretrial conference date (January 27, 2006), and the jury trial date (April 24, 2006), set in the May 23, 2005 order, are hereby vacated pending adjudication of defendants' October 14, 2005 motion for summary judgment, whereupon said dates will be re-set, if appropriate; and

2. Plaintiff's December 20, 2005 motion for an extension of time to file and serve a pretrial statement and motions to obtain witnesses for trial, having been rendered moot, is denied.

DATED: 1/4/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/mp
will0864.36