UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF

| | |
|---|---|
| ABE WILLIAMS, JR., <br><br> Plaintiff - Appellant, <br><br> v. <br><br> GRAY DAVIS, Governor of California; et al., <br><br> Defendants - Appellees. | No. 06-16997 <br> D.C. No. CV-02-00864-MCE <br><br><br> **ORDER** |

This appeal has been taken in good faith   [✓]

This appeal is not taken in good faith   [ ]

Explanation: _____

_____

_____

_____

_____
                Judge   MORRISON C. ENGLAND, JR.
                United States District Court

Date: ___NOV 20 2006___